IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION |
| v. | NO. 15-376-11 |
| JIMMIE YOUNG, | |

### ORDER

**AND NOW**, this 29th day of May 2024, upon consideration of Defendant's Motion for Reduction of Sentence (ECF 908), the Government's Response (ECF 910), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.